AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

OCTAVIO MORENO-ZAMARIN

**WAIVER OF INDICTMENT**

CASE NUMBER: _08 CR 2216-4_

I, OCTAVIO MORENO-ZAMARIN , the above named defendant, who is accused

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C.,
Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _July 3, 2008_____ prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

**FILED**

JUL - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

_O Moreno J ._
Defendant

_Candis mitchell_
Counsel for Defendant

Before _____
Judicial Officer